# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **WILLIAM R. COUCH, ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 7:18CV00049 |
| v. | ) | **JUDGMENT** |
| **HAROLD CLARKE, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

Summary Judgment having been granted, it is **ADJUDGED AND ORDERED** that judgment is rendered in favor of defendants.

The clerk shall close the case.

ENTER: March 29, 2019

/s/ James P. Jones
United States District Judge